# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| GEORGE LEDBETTER,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRANS UNION, LLC,<br><br>                    Defendant. | Case No.: 2:25-cv-12998-MAG-EAS<br><br>**District Judge Mark A. Goldsmith**<br><br>**Magistrate Elizabeth A. Stafford** |

## CONSENT JUDGMENT

Plaintiff George Ledbetter ("Plaintiff") and Defendant Trans Union, LLC ("Defendant") stipulate and agree:

That judgment shall be entered against Defendant Trans Union, LLC and in favor of Plaintiff George Ledbetter in the amount of $10,000.00, inclusive of Plaintiff's costs and attorneys' fees.

The case is now closed.

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

Dated: November 6, 2025          s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                 United States District Judge

1

**AGREED AS TO FORM AND CONTENT:**

| | |
|---|---|
| */s/ Levi Y. Eidelman* | */s/ Myra Denise Feagin* |
| Levi Y. Eidelman | Myra Denise Feagin |
| **CONSUMER JUSTICE LAW FIRM** | Scott E. Brady |
| 72-47 139th Street | **QUILLING SELANDER LOWNDS WINSLETT & MOSER** |
| Flushing, New York 11367 | 10333 North Meridian Street, Suite 200 |
| T: (718) 360-0763 | Indianapolis, Indiana 46290 |
| F: (480) 613-7733 | T: (317) 497-5600 |
| E: leidelman@consumerjustice.com | E: mfeagin@qslwm.com |
| | sbrady@qslwm.com |

*Attorneys for Plaintiff*
*George Ledbetter*

*Counsel for Defendant*
*Trans Union, LLC*

2